E-Filing

FILED
JUL 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Emil EKDAHL, pro per )
                     )
        Petitioner   )
        ~~Plaintiff~~, )  CASE NO.  C 07 3642 SBA (PR)
                     )
     v.              )  PRISONER'S
                     )  IN FORMA PAUPERIS
Robert Ayers, Warden of S.Q. )  APPLICATION
        Respondent  )
        ~~Defendant~~. )
_____)

   I, __Emil EKDAHL__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes _X_  No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __$25.00__                  Net: __$25.00__

Employer: __San Quentin State Prison Library as a forced laborer for sub-prevailing wage as punishment__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

        __N/A__

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes _____ No __X__

    b. Income from stocks, bonds, or royalties?    Yes _____ No __X__

    c. Rent payments?    Yes _____ No __X__

    d. Pensions, annuities, or life insurance payments?    Yes _____ No __X__

    e. Federal or State welfare payments, Social Security or other government source?    Yes _____ No __X__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

__N/A__

3. Are you married? Yes _____ No __X__

Spouse's Full Name: __N/A__

Spouse's Place of Employment: __N/A__

Spouse's Monthly Salary, Wages or Income:

Gross $__N/A__ Net $__N/A__

4. a. List amount you contribute to your spouse's support:

$ __N/A__

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

__N/A__

5. Do you own or are you buying a home? Yes __N/A__ No __X__

Estimated Market Value: $__N/A__ Amount of Mortgage: $__N/A__

6. Do you own an automobile? Yes __N/A__ No __N/A__

Make __N/A__ Year __N/A__ Model __N/A__

Is it financed? Yes __N/A__ No __N/A__ If so, Total due: $ __N/A__

Monthly Payment: $ __N/A__

2

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes __X__   No _____

Name(s) and address(es) of bank: __Prison Trust Account__

Present balance(s): $ __60.00 estimate - lost statement 3 months ago__

Do you own any cash?   Yes __N/A__   No __X__   Amount: $ __N/A__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes __N/A__   No __X__

__N/A__

8. What are your monthly expenses?

Rent: $ __N/A__            Utilities: __N/A__

Food: $ __20.00__          Clothing: __N/A__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

__N/A__

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__June 11, 2007__          __Emil Ekdahl__
DATE                        SIGNATURE OF APPLICANT

3

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Emil EKDAHL___ for the last six months at
[prisoner name]
___San Quentin State Prison___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _15.62_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _38.21_.

Dated: _8-18-07_  ___Larry Ward___
Authorized officer of the institution

4

4. Do you have cash or checking or savings accounts?    ☐ Yes    ☐ No

If "Yes" state the total amount: _____


5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☐ No

If "Yes" describe the property and state its value. _____


6. Do you have any other assets?    ☐ Yes    ☐ No

If "Yes" list the asset(s) and state the value of each asset listed.




7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.




I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.


_____            _____
DATE                              SIGNATURE OF APPLICANT


CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __23.32__ on account to his/her credit at __San Quentin Prison__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __38.21__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __15.62__.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

6-18-07                            _Harry Ward_

```
REPORT ID: TS3030                                              REPORT DATE: 06/19/07
                    CALIFORNIA DEPARTMENT OF CORRECTIONS       PAGE NO:           1
                            SAN QUENTIN PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2007 THRU JUN. 19, 2007

ACCOUNT NUMBER  : C79199                      BED/CELL NUMBER: N 1 00000000021U
ACCOUNT NAME    : EKDAHL, EMIL JOSEPH            ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                                 TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION    COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----    ----   -----------    -------       ---------   --------   -----------   -------

01/01/2007      BEGINNING BALANCE                                                   32.32
01/05   D554    INMATE PAYROL  2429/DEC06                   25.50                   57.82
01/22   FR01    CANTEEN RETUR  602597                                     0.85-     58.67
01/22   FC01    DRAW-FAC 1     602600M3RD                                25.00      33.67
02/06   D554    INMATE PAYROL  2803/JAN07                   22.50                   56.17
02/20   FR01    CANTEEN RETUR  602941                                     1.15-     57.32
02/20   FC01    DRAW-FAC 1     2952/MAIN3                               15.00       42.32
03/06   D554    INMATE PAYROL  3077/FEB07                   20.25                   62.57
03/19   FR01    CANTEEN RETUR  603241                                     0.95-     63.52
03/19   FC01    DRAW-FAC 1     3243/M3RD                                20.00       43.52
04/09   D554    INMATE PAYROL  3470/MAR07                   25.50                   69.02
04/23   FR01    CANTEEN RETUR  603631                                     0.75-     69.77
04/23   FC01    DRAW-FAC 1     3634/M3RD                                15.00       54.77
05/22   FR01    CANTEEN RETUR  603977                                     3.25-     58.02
05/22   FC01    DRAW-FAC 1     3981/M3RD                                25.00       33.02
06/18   FC01    DRAW-FAC 1     4363MAIN3                                10.00       23.02
06/18   FR01    CANTEEN RETUR  604367                                     0.30-     23.32

                              TRUST ACCOUNT SUMMARY
BEGINNING      TOTAL        TOTAL         CURRENT      HOLDS         TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE     BALANCE        TO BE POSTED
---------     --------    -----------     -------     -------        ------------
  32.32        93.75         102.75         23.32       0.00             0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               23.32
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6-18-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _[signature]_
TRUST OFFICE

```
REPORT ID: TS3030                                                    REPORT DATE: 06/19/07
                        CALIFORNIA DEPARTMENT OF CORRECTIONS         PAGE NO:            1
                                SAN QUENTIN PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JAN. 01, 2007 THRU JUN. 19, 2007

ACCOUNT NUMBER : C79199                         BED/CELL NUMBER: N 1 00000000021U
ACCOUNT NAME   : EKDAHL, EMIL JOSEPH            ACCOUNT TYPE:   I
PRIVILEGE GROUP: A
                                 TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION    COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

01/01/2007      BEGINNING BALANCE                                                   32.32
01/05    D554   INMATE PAYROL  2429/DEC06                  25.50                    57.82
01/22    FR01   CANTEEN RETUR  602597                       0.85-                   58.67
01/22    FC01   DRAW-FAC 1     602600M3RD                              25.00        33.67
02/06    D554   INMATE PAYROL  2803/JAN07                  22.50                    56.17
02/20    FR01   CANTEEN RETUR  602941                       1.15-                   57.32
02/20    FC01   DRAW-FAC 1     2952/MAIN3                             15.00         42.32
03/06    D554   INMATE PAYROL  3077/FEB07                  20.25                    62.57
03/19    FR01   CANTEEN RETUR  603241                       0.95-                   63.52
03/19    FC01   DRAW-FAC 1     3243/M3RD                             20.00          43.52
04/09    D554   INMATE PAYROL  3470/MAR07                  25.50                    69.02
04/23    FR01   CANTEEN RETUR  603631                       0.75-                   69.77
04/23    FC01   DRAW-FAC 1     3634/M3RD                             15.00          54.77
05/22    FR01   CANTEEN RETUR  603977                       3.25-                   58.02
05/22    FC01   DRAW-FAC 1     3981/M3RD                             25.00          33.02
06/18    FC01   DRAW-FAC 1     4363MAIN3                             10.00          23.02
06/18    FR01   CANTEEN RETUR  604367                       0.30-                   23.32

                                TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL         TOTAL          CURRENT      HOLDS       TRANSACTIONS
BALANCE       DEPOSITS      WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED

  32.32         93.75         102.75         23.32        0.00          0.00


                                                              CURRENT
                                                              AVAILABLE
                                                              BALANCE

                                                                23.32
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6-18-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Larry Ward_
TRUST OFFICE