# CERTIFICATION OF DECLARATION OF SERVICE BY MAIL

E-Filing

C 07 3642 SBA

I, __Charles Parle__, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is: **(PR)**

CDC No. K63577   Housing 1N21L.
San Quentin State Prison
San Quentin, CA 94974

**FILED**

JUL 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On __July 09__, 2007., I served the following document(s):
Month/Day     Year

1). One copy of Petition for writ of habeas corpus.
2). One copy of Exhibits to above said petition.
3). One copy of Certification of Declaration of Service by Mail
   Addressed to: California Attorney General 455 Golden Gate Ave Suite 11000 San Francisco, CA. 94102-7004. Attn. Correctional Law Section

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

Clerk of U.S. District Court

for The Northern District of Ca.

450 Golden Gate Ave

Box 36060

San Francisco, Ca. 94102.

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __09__ day of __July__, 2007., at San Quentin, CA, County of Marin.

_Charles T. Parle_
Signature of declarant