# EXHIBIT A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY
ABSTRACT OF JUDGMENT    FILED: ___JAN 05 1984___
ERNEST A. MAGGINI, CLERK
(Commitment to State Prison)
BY _____ DEPUTY

The People of the State of California,
PLAINTIFF,

vs

EMIL JOSEPH EKDAHL    DEFENDANT.

Present:
Hon. __Richard M. Silver__
JUDGE OF THE SUPERIOR COURT

__William McCardle__
DISTRICT ATTORNEY

__James Newhouse__
COUNSEL FOR DEFENDANT

This certifies that on __Dec. 14, 1983__ judgment of conviction of defendant was entered as follows:

(1) Case No. __CR 9938__ Count No. __1__ On his plea of __Not Guilty__
he was convicted by __Court__ of __Vio. of Sec. 187 P.C. - 2nd degree__

with prior felony convictions as follows:
Date        County and State        Crime        Disposition

--

Defendant has been held in custody for __167__ days as a result of the same criminal act or acts for which he has been convicted.

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Penal Code Sections 969c, 3024.

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense within the meaning of Penal Code Sections 969c, 12022.

Defendant __did not use__ a firearm in his commission of the offense within the meaning of Penal Code Sections 969d, 12022.5.

(2) Defendant __is not__ adjudged an habitual criminal within the meaning of Subdivision __a or b__ of Section 644 of the Penal Code, and the Defendant __is not__ an habitual criminal in accordance with provisions of Subdivision (c) of that section.

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant be punished by imprisonment in state prison of the state of California for the term provided by law and that he be remanded to the Sheriff of the County of Monterey, and by him delivered to the Director of Corrections of the State of California at _____
__California Medical Facility - Vacaville__

It is ordered that sentences shall be served in respect to one another as follows: __--__
and in respect to any prior incompleted sentence(s) as follows: __--__

(4) To the Sheriff of the County of Monterey and to said Director of Corrections:
Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above named defendant into custody of Director of Corrections at the Facility above named, at your earliest convenience.

Witness my hand and seal of said court    ERNEST A. MAGGINI, Clerk

on __Jan. 5, 1984__.    By _____ Deputy
Lenor Noll

I do hereby certify the foregoing to be a true and correct abstract of the judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213.

Attest my hand and seal of the said Superior Court on __Jan. 5, 1984__

ERNEST A. MAGGINI, County Clerk and Clerk of the Superior Court of California for the County of Monterey.

By _____ Deputy
Lenor Noll

Judge of the Superior Court of the State of California for the County of Monterey
Richard M. Silver

CLERK 156 (10/75)

# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Monterey**

BRANCH _____

COURT I.D.: 2 7 0 0 0 1

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **EMIL JOSEPH EKDAHL**
AKA:

[X] PRESENT
[ ] NOT PRESENT

CASE NUMBER(S): **CR 9938** - A

FILED **FEB 7 1984**
ERNEST A. MAGGINI, CLERK

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT    [X] AMENDED ABSTRACT

| DATE OF HEARING | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 01/05/84 | A | Richard M. Silver | Lenor Noll |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| Cathie Czar | William McCardle | James Newhouse | Gene Powning |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
   A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO/DAY/YEAR | CONVICTION BY (JURY/COURT/PLEA) | TERM | CONCURRENT | CONSECUTIVE | FULL TERM | INCOMPLETE/STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED (YEARS / MONTHS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 211 | Robbery | 81 | 12/14/83 | X (Jury) | M | | | | | 3 / 0 |
| 3 | PC | 211 | Robbery | 81 | 12/14/83 | X (Jury) | M | | | X | | (3) |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | X | X | | | | | | | | 1/0 |

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|

5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S |
|---|---|---|
| 667.5(a) | | |
| 667.5(b) | | |
| 667.6(b) | | |

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S |
|---|---|---|
| 667.6(a) | | |

4. OTHER ORDERS:

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:
8. TOTAL TERM IMPOSED: → **4/0**

9. EXECUTION OF SENTENCE IMPOSED:
   A. [X] AT INITIAL SENTENCING HEARING
   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. [ ] AFTER REVOCATION OF PROBATION
   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC§1170(d)]

10. DATE SENTENCE PRONOUNCED: 01/05/84
    CREDIT FOR TIME SPENT IN CUSTODY: 167
    TOTAL DAYS INCLUDING: ACTUAL LOCAL TIME 111    LOCAL CONDUCT CREDITS 56
    STATE INSTITUTIONS: [ ] DMH  [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    [X] FORTHWITH
    [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    [ ] INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
    [XX] CALIF. MEDICAL FACILITY — VACAVILLE
    [ ] CALIF. INSTITUTION FOR MEN — CHINO
    [ ] OTHER (SPECIFY): **DEFT. SENTENCED TO CDC 15 YRS TO LIFE FOR VIO. SEC. 187 P.C. 2nd DEGREE IN THIS SAME CASE**

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: _Lena J. Noll_    DATE: Feb. 7, 1984

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290

Pen.C. 1213.5