## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Ekdahl v. Ayers**

No.:          **C07-03642 SBA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 5, 2007</u>, I served the attached

ANSWER TO ORDER TO SHOW CAUSE;
MEMORANDUM OF POINTS AND AUTHORITIES
(W/EXHIBITS A-H)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Emil J. Ekdahl
C-79199
San Quentin State Prison
1 Main Street
San Quentin, CA 94964
    In Pro Per
    C-791899

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 5, 2007, at San Francisco, California.

|  |  |
|---|---|
| S. Redd | _S. Redd_ |
| Declarant | Signature |

20112194.wpd