Emil Ekdahl
P.O. Box C-79199 3N67-U
San Quentin, CA. 94974.

FILED

2007 NOV 13 PM 3:05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION



| | |
|---|---|
| EMIL JOSEPH WILHELM EKDAHL, III,)<br>)<br>Petitioner ... )<br>)<br>v.     )<br>)<br>ROBERT AYERS, Warden,     )<br>)<br>Respondent.   )<br>_____) | No.  C07-03642 SBA<br><br>MOTION FOR EXTENSION<br>OF 30 DAYS TIME.<br><br><br><br><br><br>JUDGE: The Honorable,<br>SAUNDRA B. ARMSTRONG |

    Due to a plan, by the Federal Receiver, the building, where the San Quentin Law Library is located, is slated to be torn down, so a Hospital may be built upon the site. Part of the plan calls for the Law Library to be moved to a new location at San Quentin prison. The move of the Law Library is to begin on November 13, 2007, and the Law Library is slated to reopen at the new location the following week on November 19th 2007 barring any unforeseen circumstances or delays.

    So the Law Library will be shut down for one week of petitioner's 30 day deadline in the above Court Number for petition for writ of habeas corpus.

Petitioner needs to access the Law Library for legal research, for access to a printer to print legal documents from the prison issued "DreamWriter" word processes, and to access the xexox copy machine in order to facilitate making copies to send to Respondent and copies to keep for my Legal Files. Any delay, including the planned week delay severely hampers petitioner's ability to print out his Traverse. Because of the uncertainty of when the Law Library will reopen, or any possibly delays Petitioner respectfully request the Court to extend the time from when the Traverse is due on December 06, 2007, at least 30 days or what ever amount of exten-sion the Court deems necessary.

### VERIFICATION

I, the undersigned say: I am the petitioner in this action. I declare under penalty of perjury the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Dated: Nov 08, 2007                    *Emil Ekdahl*
                                        Emil Ekdahl, Pro Se ...

# DECLARATION OF SERVICE BY MAIL

I, __CARLIN__, the undersigned, declare:
   Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. __C22727__ Housing __3N93L__
San Quentin State Prison
San Quentin, CA 94974

On __November 09__, __2007__, I served the following document(s):
      Month/Day              Year

__One Motion for Extension of 30 days Time__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

__Office of the Clerk__
__U.S. District of Northern__
__District of California__
__1301 Clay St, Suite 400S__
__Oakland, CA 94612-5212,__

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __09__ day of __November__, __2007__ at San Quentin, CA, County of Marin.

_____
Signature of Declarant

# DECLARATION OF SERVICE BY MAIL

I, __CARLIN__, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. __C22727__ Housing __3N93L__
San Quentin State Prison
San Quentin, CA 94974

On __November 09__, __2007__, I served the following document(s):
     Month/Day         Year

__One Motion for Extension of 30 days Time__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

__California Attorney General__
__455 Golden Gate Ave.__
__Suite 11000__
__San Francisco, CA 94102-7004__
__Attn: Correctional Law Section__

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __09__ day of __November__, __2007__, at San Quentin, CA, County of Marin.

Signature of declarant



NORTH BAY CA 949
09 NOV 2007 PM 4 L

Emil Ekdahl, pro per.:
P.O. Box C-79199 #2N30-L. CSP.
San Quentin, Ca. 94974.

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA.
1301 CLAY ST. SUITE 400 S.
OAKLAND CA 94612

San Quentin Legal Mail: