**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EMIL JOSEPH WILHELM EKDAHL III,

        Plaintiff,

v.

AYERS et al,

        Defendant.
_____/

Case Number: CV07-03642 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emil J.W. Ekdahl C-79199
San Quentin State Prison
1 Main Street
San Quentin, CA 94974

Dated: November 30, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk