United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL JOSEPH WILHELM EKDAHL III, | No. C 07-03642 SBA (PR) |
| Petitioner, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |
| v. | |
| ROBERT AYERS, Warden, | |
| Respondent. / | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **January 7, 2008**.

This Order terminates Docket no. 7.

IT IS SO ORDERED.

DATED: 11/28/07

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Ekdahl3642.EOTtraverse.wpd