

Emil Ekdahl, pro se...
C-79199 / #3N67-U. CSP
San Quentin, Ca. 94974.

San Quentin Legal Mail:

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA.
1301 Clay Street. # 400 S.
Oakland, Ca. 94612-5212.