Emil Von Ekdahl, I
C-79199 / #3N67-U.
San Quentin, CA. 94974-3N67U.

U.S. District Court For The
Northern District of California
1301 Clay St., #400 S.
Oakland, CA. 94612-5212.

UNITED STATES POSTAGE
$ 02.16
JAN 17 2008
MAILED FROM ZIPCODE 94964