1  Emil Ekdahl
   C-79199 / 4N64U.
2  San Quentin, CA. 94974.



**FILED**

SEP 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL JOSEPH EKDAHL III,<br><br>　　　　　Petitioner,<br><br>　　Vs<br><br>ROBERT AYERS, WARDEN<br><br>　　　　　Respondent. | Case No. C-07-03642 SBA (PR)<br><br>**MOTION FOR APPOINTMENT OF COUNSEL** |

　　To the Honorable SAUNDRA BROWN ARMSTONG, United States District Judge in the above entitled case.

　　Petitioner, hereby requests, that legal counsel be appointed by the court so that my interest will be protected by the processional assistance required. Petitioner request that the Federal Defender's Office or other pro bono counsel be appointed to represent me in this matter for the following reasons:

　　1). Petitioner is not an attorney, and has no training or experience in legal matters. At best, petitioner is left to make guesses at which is the best or correct way to argue against Respondent's legal accusations. Alternatively, for that matter how to proceed in a manner that is the best tactile defense in order to

adequately protect petitioners constitutional rights, and not forego those rights to error of how to proceed.

Petitioner hereby notifies the Court of a recently published case law by the California Supreme Court: In re Sandra Davis Lawrence Case Number: S154018. The Lawrence case has direct bearing on petitioner's current pending above entitled case. Because this new case law shifts, the premise of several of petitioner's underlining arguments legal counsel needs appointed to facilitate said changes.

Thursday, August 28, 2008.

*[signature: Emil Ekdahl]*

Emil Ekdahl, pro se
C-79199 / 4N64U.
San Quentin, CA. 94974.

# DECLARATION OF SERVICE BY MAIL

I, __EMIL EKDAHL__, the undersigned, declare:
   Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

   CDC No. __C-79199__         Housing __4N64-U__
   San Quentin State Prison
   San Quentin, CA 94974

On __September 09__, __2008__, I served the following document(s):
      Month/Day        Year

1) Motion For Appointment of Counsel.
1) Motion of Judicial Notice.

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

OFFICE OF THE CLERK U.S. DISTRICT
COURT NORTHERN DISTRICT OF
CALIFORNIA
1301 CLAY ST. 400 SOUTH
OAKLAND CA. 94612-5212

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __09__ day of __September__, __2008__, at San Quentin, CA, County of Marin.

                                          __Emil Ekdahl__
                                          Signature of declarant

# DECLARATION OF SERVICE BY MAIL

I, __EMIL EKDAHL__, the undersigned, declare:
  Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

    CDC No. __C-79199__        Housing __4N64-U__
    San Quentin State Prison
    San Quentin, CA 94974

On __September 09__, __2008__, I served the following document(s):
   Month/Day    Year

1) Motion For Appointment of Counsel.
1) Motion of Judicial Notice.

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

**California Attorney General**
**455 Golden Gate Ave. Suite 1100**
**San Francisco, CA. 94102-7004.**

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __09__ day of __September__, __2008__, at San Quentin, CA, County of Marin.

                                                                        _Emil Ekdahl_
                                                                     Signature of declarant

EMIL JOE EKDAHL
C-79199 / 4N64U.
SAN QUENTIN, CA. 94974



OFFICE OF THE CLERK U.S. DISTRICT
COURT NORTHERN DISTRICT OF
CALIFORNIA
1301 CLAY ST. 400 SOUTH
OAKLAND CA. 94612-5212

San Quentin
LEGAL MAIL:

