IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL JOSEPH WILHELM EKDAHL, III,   )   No. C 07-03642 SBA (PR)
                                    )
        Petitioner,                 )   **JUDGMENT**
v.                                  )
                                    )
ROBERT AYERS, Warden,               )
                                    )
        Respondent.                 )
_____)

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus on All Claims and Addressing Pending Motions, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

DATED: 12/12/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.07\Ekdahl3642.jud.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EMIL JOSEPH WILHELM EKDAHL III,

        Plaintiff,

  v.

AYERS et al,

        Defendant.
                                  /

Case Number: CV07-03642 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emil J.W. Ekdahl C-79199
San Quentin State Prison
1 Main Street
San Quentin, CA 94974

Dated: December 12, 2008

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Ekdahl3642.jud.frm        2