IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL JOSEPH WILHELM EKDAHL, III,

    Petitioner,

v.

ROBERT AYERS, Warden,

    Respondent.

No. C 07-03642 SBA (PR)

**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**

    This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254 in which he challenges the denial of parole. In an Order dated December 12, 2008, the petition was denied on its merits. Judgment was entered that day.

    On December 22, 2008, Petitioner filed a notice of appeal, requesting a certificate of appealability (COA). See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). In an Order dated January 12, 2009, the Court denied the request for a COA as unnecessary because at that time, a prisoner did not have to obtain a COA in order to appeal the denial of a habeas petition challenging the denial of parole. See White v. Lambert, 370 F.3d 1002, 1004 (9th Cir. 2004); Rosas v. Nielsen, 428 F.3d 1229, 1231-32 (9th Cir. 2005) (per curiam). On April 22, 2010, the Ninth Circuit Court of Appeals overruled White and Rosas on that point, and held that a prisoner must obtain a COA. See Hayward v. Marshall, No. 06-55392, 2010 WL 1664977, at *5 (9th Cir. Apr. 22, 2010) (en banc).

    On May 18, 2010, pursuant to Hayward, the Ninth Circuit remanded the present case for the limited purpose of a decision on whether to grant or deny a COA. Therefore, the case was reopened for this limited purpose.

    A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. See id. § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional

1  claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). For the reasons set out
2  in the ruling on the petition, jurists of reason would not find the result debatable or wrong.
3  Accordingly, Petitioner's request for a COA is DENIED.
4    The Clerk of the Court shall transmit the file, including a copy of this Order, to the Ninth
5  Circuit. See Fed. R. App. P. 22(b); United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).
6  Petitioner may then ask the Ninth Circuit to issue the certificate, see R. App. P. 22(b)(1), or if he
7  does not, the notice of appeal will be construed as such a request, see R. App. P. 22(b)(2).
8    The Clerk shall terminate all pending motions and close the file.
9    IT IS SO ORDERED.
10  DATED: 5/24/10

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\HC.07\Ekdahl3642.REMAND-denyCOA.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EMIL JOSEPH WILHELM EKDAHL III,

        Plaintiff,

  v.

AYERS et al,

        Defendant.

Case Number: CV07-03642 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emil J.W. Ekdahl C-79199
San Quentin State Prison
1 Main Street
San Quentin, CA 94974

Dated: May 24, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.07\Ekdahl3642.REMAND-denyCOA.wpd